UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GREGORY BUNCHE,**

    **Plaintiff,**

**v.**                                            **Case No: 6:16-cv-1456-Orl-41TBS**

**ABC LANDCLEARING AND DEVELOPMENT, LLC,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Dismiss Defendant's Counterclaim (Doc. 20). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 21), in which he recommends that the motion be granted and Defendant's counterclaim be dismissed for lack of jurisdiction.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dismiss Defendant's Counterclaim (Doc. 20) is **GRANTED**.

3. Defendant counterclaim is **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.


CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record