UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GREGORY BUNCHE,**

    **Plaintiff,**

**v.**                                                      Case No: 6:16-cv-1456-Orl-41TBS

**ABC LANDCLEARING AND DEVELOPMENT, LLC,**

    **Defendant.**

                                                    /

**ORDER**

THIS CAUSE is before the Court on the parties' Second Amended Joint Motion for Approval of Settlement (Doc. 37). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 39), in which he recommends that the parties' motion be granted.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Amended Joint Motion for Approval of Settlement (Doc. 37) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record